IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDY'S OF BOWLING GREEN, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 3:10-cv-01043 |
| MARSH USA, INC., | ) ) |
| Defendant. | ) ) |

## AGREED ORDER TO MODIFY THE CASE MANAGEMENT ORDER

The parties being in full agreement and the Court otherwise sufficiently advised that this Order will not affect the scheduled trial date of April 24, 2012 or the April 16, 2012 Final Pre-Trial Conference, IT IS HEREBY ORDERED that the deadlines established in the Case Management Order (Doc. No. 11) are modified as follows:

(1) All fact discovery shall be completed on or before **August 3, 2011.**

(2) All written discovery shall be submitted in sufficient time so that the response shall be in hand by **August 3, 2011**.

(3) All fact discovery related motions shall be filed on or before **August 10, 2011**.

(4) On or before **August 17, 2011**, the plaintiff shall declare to the defendant (and not to file with the Court) the identity of any expert witnesses and provide all the information specified in Rule 26(a)(2)(B).

(5) The deposition(s) of the plaintiff's expert(s) shall be complete by **September 16, 2011**.



EXHIBIT 1

{Legal\88501\16839\00821623.DOC}

(6) On or before **October 5, 2011**, the defendant shall declare to the plaintiff (and not to file with the Court) the identity of any expert witnesses and provide all the information specified in Rule 26(a)(2)(B).

(7) Any supplements to any expert reports will be filed on or before **October 19, 2011**. There shall not be any rebuttal expert witnesses.

(8) The deposition(s) of the defendant's expert(s) shall be complete by **November 2, 2011**.

(9) All dispositive motions shall be filed on or before **December 2, 2011**, and any response thereto shall be filed on or before 31 days after the filing of the Motion. Any reply shall be filed on or before 14 days after the filing of the Response.

**SO ORDERED.**

_____
United States District Judge