IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDY'S OF BOWLING GREEN, INC., et al. | ) )  ) NO. 3-10-1043 |
| v. | ) JUDGE CAMPBELL ) |
| MARSH USA, INC. | ) |

ORDER

Pending before the Court is Defendant's Unopposed Motion for Leave to File Reply Brief and for Extension of Time to File Response (Docket No. 48). The Motion is GRANTED.

Defendant shall file, by January 16, 2012, its Reply in support of its Motion for Summary Judgment and its Response to Plaintiffs' Statement of Additional Material Facts.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE