IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDY'S OF BOWLING GREEN, INC. | ) ) ) NO. 3-10-1043 |
| v. | ) JUDGE CAMPBELL ) |
| MARSH USA, INC. | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Leave to File a Sur-Reply Memorandum (Docket No. 54). The Motion is GRANTED, and the Clerk is directed to file the Sur-Reply attached thereto.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE