IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDY'S OF BOWLING GREEN, INC. | ) ) |
| v. | ) NO. 3-10-1043 ) JUDGE CAMPBELL ) |
| MARSH USA, INC. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No.87), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Leave to Amend Complaint and for Leave to Serve a Supplement to the Expert Report of Plaintiff's Expert (Docket No. 76) is DENIED. This matter remains set for trial on March 12, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE